UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINALD McGHEE,

        Plaintiff,

                                        Case No. 09-13695
v.

                                        Paul D. Borman
                                        United States District Judge

COUNTRY FRESH, LLC,

                                        Mark A. Randon
        Defendant.                           United States Magistrate Judge

_____/

## ORDER REGARDING DEFENDANT'S OBJECTIONS TO THE TAXED BILL OF COSTS

The Court entered summary judgment in favor of Defendant in this matter on March 22, 2011. (Dkt. No. 25.) On April 12, 2011, Defendant filed a Bill of Costs with the Court, requesting $1,821.77 in taxable costs. (Dkt. No. 26.) However, Defendant neglected to include the schedules detailing its taxable costs when it electronically filed its Bill of Costs. As a result, the Clerk only authorized taxable costs for Defendant's filing fee.[1] (Dkt. No. 27.) Defendant filed the instant Objections to the Taxed Bill of Costs on April 13, 2011. (Dkt. No. 28.) Defendant has attached to its Objections the schedules it previously failed to file, along with invoices and an affidavit documenting its costs.

**IT IS HEREBY ORDERED** that Defendant file an amended Bill of Costs with the Taxation Clerk;

**IT IS FURTHER ORDERED** that the Taxation Clerk review Defendant's amended Bill

---

[1] The filing fee accounted for only $350 of Defendant's $1,821.77 in claimed costs.

1

of Costs and tax costs pursuant to Fed. R. Civ. P. 54(d)(1), as provided in the Bill of Costs Handbook.

**SO ORDERED.**

/s/ Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: 9-16-11